UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE MOYER, | ) |
| | ) |
| Plaintiff, | ) NO.  CV06-1847 RSM |
| | ) |
| v. | ) STIPULATION AND ORDER OF |
| | ) DISMISSAL |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, and THE | ) |
| SIMPSON SALARIED AND HOURLY | ) |
| EMPLOYEES INSURANCE BENEFIT | ) |
| PLAN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## I.     **STIPULATION**

IT IS HEREBY STIPULATED by Plaintiff and Defendants, through their respective counsel of record, that all claims asserted by Plaintiff against Defendants and their successors, predecessors, and related entities, shall be dismissed with prejudice and without costs.

STIPULATION AND ORDER OF
DISMISSAL- 1

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

1   DATED this 13th day of December, 2007.

KARR TUTTLE CAMPBELL                    KRAFCHICK LAW FIRM

By: /s/ Medora A. Marisseau             By: /s/ Steven P. Krafchick
Medora A. Marisseau, WSBA # 23114       Steven P. Krafchick, WSBA #13542
Email:  mmarisseau@karrtuttle.com       100 W. Harrison
Brian K. Keeley, WSBA #32121            South Tower, Suite 300
Email:  bkeeley@karrtuttle.com          Seattle, WA 98119
1201 3rd Avenue, Suite 2900             Phone: (206) 374-7370
Seattle, WA  98101                      Fax: (206) 374-7377
Telephone:  206.223.1313
Fax:  206.682.7100

                                        Attorneys for Plaintiff

Attorneys for Defendants

## II. ORDER

THIS MATTER having come on pursuant to the above Stipulation of the parties, and it appearing to the Court that Plaintiff and Defendants have stipulated that all claims should be dismissed with prejudice and without costs; now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendants are dismissed with prejudice and without costs.

DATED this  18  day of  December, 2007.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

KARR TUTTLE CAMPBELL

By: /s/ Medora A. Marisseau
Medora A. Marisseau, WSBA # 23114
Email:  mmarisseau@karrtuttle.com
1201 3rd Avenue, Suite 2900
Seattle, WA  98101
Telephone:  206.223.1313
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL- 2

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*

**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

*Approved as to Form; Notice of Presentation Waived:*

KRAFCHICK LAW FIRM

By: /s/ Steven P. Krafchick
Steven P. Krafchick
Krafchick Law Firm
100 W. Harrison
South Tower, Suite 300
Seattle, WA 98119
Phone: (206) 374-7370
Fax: (206) 374-7377
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL- 3